# United States Bankruptcy Court
## Southern District of Ohio

In re  **Kamphong Sihavong**
**Lasoy Sihavong**
Debtor(s)

Case No.  **2:14-bk-55331**
Chapter  **13**

## Notice of Change of Address

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Kamphong Sihavong and Lasoy Sihavong**

Street: **5312 E Gatehouse Drive**

City, State and Zip: **Columbus, OH 43213**

Telephone #:

**Please be advised that effective October 26, 2016,**
my (our) new mailing address and telephone number is:

Name: **Kamphong Sihavong and Lasoy Sihavong**

Street: **1621 East Gates Street**

City, State and Zip: **Columbus, OH 43206**

Telephone #:

/s/ Kamphong Sihavong
**Kamphong Sihavong**
Debtor

/s/ Lasoy Sihavong
**Lasoy Sihavong**
Joint Debtor